IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-00888-CMA-CBS          Date: December 4, 2014
Courtroom Deputy: Amanda Montoya          FTR – Reporter Deck-Courtroom A402

*Parties:*                                *Counsel:*

AARON RUBENSTEIN,                          David Lopez

Plaintiff,

v.

VERY HUNGRY, LLC, *et al.,*                Andrew Mohraz
                                           Michael Hofmann

Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:  MOTIONS HEARING**
**Court in session: 01:28 p.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the Court in regards to Defendant Very Hungry, LLC's MOTION [10] to Dismiss, Defendants Scott J Reiman and Scott Reimand 1991 Trust's MOTION [11] to Dismiss, and Defendant Very Hungry, LLC's Fed.R.Civ.P. 37(a)(3)(B)(iii) MOTION [45] to Compel Defendant Prospect Global Resources, Inc. to Make a Designation Under Fed.R.Civ.P. 30(b)(6).

**ORDERED:**    The Court has taken under advisement MOTION [10] to Dismiss and MOTION [11] to Dismiss and will issue a written recommendation at a later date.

MOTION [45] to Compel Defendant Prospect Global Resources, Inc. to Make a Designation Under Fed.R.Civ.P. 30(b)(6) is **GRANTED.**

Prospect Global Resources cannot represent themselves and an attorney has not filed an appearance on their behalf.

HEARING CONCLUDED.
**Court in recess: 02:20 p.m.**
Total time in court: 00:52

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.