IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:14-cv-00888-CMA-CBS

AARON RUBENSTEIN,

Plaintiff,

v.

VERY HUNGRY, LLC, a Colorado limited liability company,
SCOTT J. REIMAN and
SCOTT REIMAN 1991 TRUST,

Defendants,

and

PROSPECT GLOBAL RESOURCES, INC., a Nevada corporation,

Nominal Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Aaron Rubenstein, Defendants Very Hungry, LLC, Scott J. Reiman, and the Scott Reiman 1991 Trust (the "Defendants"), and Nominal Defendant Prospect Global Resources, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of all claims asserted against the Defendants in this action, pursuant to the terms of the Confidential Settlement Agreement and Release dated May 15, 2015.

1

Dated this 1st day of July, 2015.

*/s/ David Lopez*
David Lopez
171 Edge of Woods Road
P.O. Box 323
Southampton, NY 11969
Telephone: (631) 287-5520
Facsimile: (631) 283-4735
DavidLopezEsq@aol.com

Attorney for Aaron Rubenstein

*/s/ Michael J. Hofmann*
Michael J. Hofmann
Andrew B. Mohraz
BRYAN CAVE LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200
michael.hofmann@bryancave.com
andrew.mohraz@bryancave.com

Attorneys for Very Hungry, LLC, Scott J. Reiman, and the Scott Reiman 1991 Trust

*/s/ David S. Chipman*
Davis S. Chipman
Chipman Glasser, LLC
2000 S. Colorado Blvd.
Tower One, Suite 7500
Denver, CO 80222
Telephone: (303) 578-5785
Facsimile: (303) 578-5790
dchipman@chipmanglasser.com

Attorney for Prospect Global Resources, Inc.

2

1726782.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2015, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Lopez
David Lopez, Esq.
171 Edge of Woods Road
P.O. Box 323
Southampton, NY 11969
Email: DavidLopezEsq@aol.com

Davis S. Chipman
Chipman Glasser, LLC
2000 S. Colorado Blvd.
Tower One, Suite 7500
Denver, CO 80222
dchipman@chipmanglasser.com

/s/ Anita Langdon